162 A.3d 845

**PHILLIPS, Yvette**

v.

**STATE of Maryland, et al.**

**Pet. Docket No. 45, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2640, Sept. Term, 2015).

Petition for writ of certiorari denied

■

162 A.3d 845

**PINKNEY**

v.

**COHN**

**Pet. Docket No. 62, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Dismissed by the Court of Special Appeals (No. 1248, Sept. Term, 2016).

Petition for writ of certiorari denied